JOHN R. KROGER
Attorney General
JOHN J. DUNBAR  #842100
CHRISTINA L. BEATTY-WALTERS #981634
Assistant Attorneys General
Department of Justice
1515 SW Fifth Ave, Suite 410
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email:  John.Dunbar@doj.state.or.us
        Tina.BeattyWalters@doj.state.or.us

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| PAULA LANE, et al., | Case No. 3:12-cv-00138-ST |
| Plaintiffs, | DEFENDANTS' MOTION FOR PROTECTIVE ORDER OR IN THE ALTERNATIVE FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' REQUESTS FOR PRODUCTION |
| v. | |
| JOHN KITZHABER, et al., | |
| Defendants. | **ORAL ARGUMENT REQUESTED**<br>**EXPEDITED HEARING REQUESTED** |

### LR 7-1(a) CERTIFICATION

The parties made a good faith effort through telephone conferences to resolve the dispute and have been unable to do so.

Page 1 -   DEFENDANTS' MOTION FOR PROTECTIVE ORDER OR IN THE ALTERNATIVE FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' REQUESTS FOR PRODUCTION
          JD4/sjb/3458972-v1

Department of Justice
1515 SW Fifth Ave, Suite 410
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

# MOTION

Pursuant to Fed. R. Civ. P. 26(c) and 26(b)(2)(C) and LR 26-4, defendants move the court for entry of a protective order directing plaintiffs to limit the number and scope of plaintiffs' requests for production to defendants. This motion is supported by the accompanying Defendants' Memorandum in Support of Motion for Protective Order.

DATED June  18 , 2012.

        Respectfully submitted,

        JOHN R. KROGER
        Attorney General


            s/ Christina L.Beatty-Walters
        JOHN J. DUNBAR #842100
        CHRISTINA L. BEATTY-WALTERS #981634
        Assistant Attorneys General
        Trial Attorneys
        Tel (971) 673-1880 / Fax (971) 673-5000
        John.Dunbar@doj.state.or.us
        Tina.BeattyWalters@doj.state.or.us
        Of Attorneys for Defendants

Page 2 -   DEFENDANTS' MOTION FOR PROTECTIVE ORDER OR IN THE ALTERNATIVE FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' REQUESTS FOR PRODUCTION
JD4/sjb/3458972-v1

Department of Justice
1515 SW Fifth Ave, Suite 410
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000