**Kathleen L. Wilde,** OSB No. 971053
kwilde@droregon.org
**Tom Stenson**, OSB No. 152894
tstenson@droregon.org
DISABILITY RIGHTS OREGON
610 SW Broadway, Suite 200
Portland, Oregon  97205
Telephone:  (503) 243-2081
Fax:  (503) 243-1738
      Attorneys for Plaintiffs

[ADDITIONAL COUNSEL APPEAR ON SIGNATURE PAGE]

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **PAULA LANE,** et al.,<br>    on behalf of themselves and all<br>    others similarly situated, and | CV No. 3:12-cv-00138-AC |
| **UNITED CEREBRAL PALSY OF OREGON<br>AND S.W. WASHINGTON,**<br>               Plaintiffs,<br>    v. | **PLAINTIFFS' AND DEFENDANTS'<br>STIPULATION ON SUPPLEMENTAL<br>ATTORNEY'S FEES AND COSTS** |
| **KATE BROWN**, Governor of the State of<br>Oregon, et al.,<br>    all in their official capacities,<br>             Defendants. | |
| **UNITED STATES OF AMERICA,**<br>             Plaintiff- Intervenor,<br>    v. | |
| **STATE OF OREGON,**<br>             Defendant. | |

Page 1 – Plaintiffs' and Defendants' Joint Stipulation on Supplemental Attorneys's Fees
and Costs

Plaintiffs and defendants hereby stipulate as follows:

1.      On February 11, 2016, the Court entered an Opinion and Order awarding plaintiffs' attorney's fees and costs for the period February 1, 2011 – August 31, 2015. *Lane v. Brown,* 2016 WL 589684 (D. Or., Feb. 11, 2016) (ECF 390). In her opinion, Magistrate Judge Stewart held that the notice to class members of the Settlement Agreement satisfied the notice requirements of the Federal Rules of Civil Procedure with respect to attorney's fees. *Id.* at 2 (notice to the class was provided "by means of a notice to class members of the terms of the Agreement, which included the provision regarding attorney fees and costs, prior to the fairness hearing"). Magistrate Judge Stewart also noted that the parties agreed to negotiate a supplemental fee amount for time spent after September 1, 2015. *Id.* at 1, n.1.

2.      On March 9, 2016, plaintiffs sent defendants a request for payment of supplemental attorney's fees and costs in this matter, covering the period September 1, 2015 – February 28, 2016, and then amended this request on April 19, 2016 to include time spent through March 31, 2016.

3.      After vigorous negotiations, the parties have agreed to settle this supplemental fee request without further litigation, and without the need for additional legal motions, memoranda, declarations, and exhibits, to avoid the expense of additional attorney's fees. The parties request approval of the award by means of this stipulation.

4.      Therefore, the parties stipulate and move that, pursuant to 42 U.S.C. §12205 and 29 U.S.C. § 794a, defendants will pay plaintiffs a supplemental award of attorney's fees of $406,967.40 and costs of $9,138.00, a total of $416,105.40, for all fees

and costs incurred by plaintiffs' counsel from September 1, 2015 through March 31,

2016, as well as for any fees or costs incurred to date with respect to this fee request.

     5.     Plaintiffs and defendants further agree as follows:

          a.     Payment of the agreed amount fully satisfies all claims by plaintiffs

for fees and costs during the period specified above, as well as for any fees or

costs incurred to date on the second fee request.

          b.     Payment will be made within 30 days of approval by the Court.   A

satisfaction will be entered upon payment.

          c.     As part of this negotiated resolution, no time entry that is set forth

in any of the plaintiffs' attorney time records for the period September 1, 2015 –

March 31, 2016 will be considered subject to the cap on monitoring fees in

Section XVII.16 of the Settlement Agreement.  This settlement is not an

agreement, concession, or precedent about whether fees or costs incurred after

March 31, 2016 for certain activities are recoverable or whether they should be

part of plaintiffs' monitoring fees.

          d.     There is no agreement other than what is stated here.  This

agreement on the second fee petition, and the concessions made by the parties in

reaching agreement, are not binding on any party with respect to future requests

for fees and expenses.

Dated: June 27, 2016

For plaintiffs:

CENTER FOR PUBLIC REPRESENTATION

/s Steven J. Schwartz
Steven J. Schwartz (*pro hac vice*)
E-mail:  sschwartz@cpr-ma.org
Cathy E. Costanzo (*pro hac vice*)
E-mail:  ccostanzo@cpr-ma.org
Bettina Toner (*pro hac vice*)
E-mail:  btoner@cpr-ma.org
Anna Krieger
Email: akrieger@cpr-ma.org
22 Green Street
Northampton, Massachusetts  01060
Telephone:  (413) 586-6024
Fax:  (413) 586-5711

DISABILITY RIGHTS OREGON

Kathleen L. Wilde, OSB No. 971053
E-mail:  kwilde@disabilityrightsoregon.org
Thomas Stenson, OSB No. 152894
E-mail:  tstenson@disabilityrightsoregon.org
610 SW Broadway, Suite 200
Portland, Oregon  97205
Telephone:  (503) 243-2081
Fax:  (503) 243-1738

MILLER NASH GRAHAM & DUNN LLP

Bruce A. Rubin, OSB No. 763185
E-mail:  bruce.rubin@millernash.com
Justin C. Sawyer, OSB No. 014057
E-mail:  justin.sawyer@millernash.com
111 S.W. Fifth Avenue, Suite 3400
Portland, Oregon  97204
Telephone:  (503) 224-5858
Fax:  (503) 224-0155

For defendants:

/s John J. Dunbar (by permission)
John J. Dunbar, OSB #842100
JDunbar@larkinsvacura.com
LARKINS VACURA LLP
121 SW Morrison St., Suite 700
Portland, OR 97204
Telephone: (503) 222-4424
Fax: (503) 827-7600

APPROVED and entered as an order of the Court.

Dated June 28, 2016

_____
Magistrate Judge John V. Acosta