ELLEN F. ROSENBLUM
Attorney General
CHRISTINA L. BEATTY-WALTERS  #981634
Senior Assistant Attorney General
ELLEN MENDOZA, #824662
Senior Assistant Attorney General
Trial Attorneys
Tel (971) 673-1880
Fax (971) 673-5000
tina.beattywalters@doj.state.or.us
ellen.mendoza@doj.state.or.us

JOHN J. DUNBAR, #842100
Special Assistant Attorney General
Dunbar Law LLC
621 SW Morrison Street, Ste. 1025
Portland, OR 97205
Tel (503) 505-9861
Fax (503) 274-8575
jdunbar@dunbarlawllc.com

Of Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| PAULA LANE; ANDRES PANIAGUA; ELIZABETH HARRAH; ANGELA KEHLER; GRETCHEN CASON; LORI ROBERTSON; SPARKLE GREEN; and ZAVIER KINVILLE, on behalf of themselves and all others similarly situated, and UNITED CEREBRAL PALSY ASSOCIATION OF OREGON AND SOUTHWEST WASHINGTON, INC., <br><br> Plaintiffs, <br><br> v. <br><br> KATE BROWN, in her official capacity as the Governor of the State of Oregon; ERINN KELLEY-SIEL, Director of the Oregon Department of Human Services; MARY LEE | Case No. 3:12-cv-00138-AC <br><br> DEFENDANTS' WITNESS DISCLOSURE |

Page 1 – DEFENDANTS' WITNESS DISCLOSURE

FAY, Administrator of the Office of Developmental Disability Services; and STEPHANIE PARRISH STEPHANIE PARRISH TAYLOR, Administrator of the Office of Vocational Rehabilitation Services, all in their official capacities,

        Defendants.

UNITED STATES OF AMERICA,

        Plaintiff-Intervenor,

v.

THE STATE OF OREGON,

        Defendant.

    Defendants reserve the right to call one or two witnesses at the July 21, 2022 hearing. If necessary, defendants may call Acacia McGuire-Anderson, the Employment First Coordinator at the Oregon Department of Human Services (DHS), and Keith Ozols, the director of Oregon DHS's Vocational Rehabilitation office. To the extent necessary, each will testify about measures taken to achieve substantial compliance with the settlement agreement in this action, as described in the State defendants' settlement report dated January 2022 and as described in data reports and other reports submitted in this matter.

    DATED July 15, 2022.

        Respectfully submitted,

        ELLEN F. ROSENBLUM
        Attorney General

        *s/John J. Dunbar*
        JOHN J. DUNBAR, OSB #842100
        Special Assistant Attorney General
        Dunbar Law LLC
        621 SW Morrison Street, Ste. 1025
        Portland, OR 97205
        Tel (503) 222-9830
        Fax (503) 274-8575

jdunbar@dunbarlawllc.com

CHRISTINA L. BEATTY-WALTERS, #981634
Senior Assistant Attorney General
ELLEN MENDOZA, #824662
Senior Assistant Attorney General
Tel (971) 673-1880
Fax (971) 673-5000
tina.beattywalters@doj.state.or.us
ellen.mendoza@doj.state.or.us

*Of Attorneys for Defendants*